# Court of Appeals
# of the State of Georgia

ATLANTA,  July 03, 2014

*The Court of Appeals hereby passes the following order:*

## A14I0225.  DANIELS CAPITAL CORPORATION v. KING GRANT & ASSOCIATES, LLC et al.

On May 16, 2014, the trial court entered an order denying Daniels Capital Corporation's motion for summary judgment.  On June 2, 2014, the court entered a certificate of immediate review.  Eight days later, Daniels Capital Corporation filed this application for interlocutory appeal.  We, however, lack jurisdiction.

Pursuant to OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had.  If the certificate of immediate review is not signed by the trial judge and filed with the clerk within that ten-day period, it is ineffective. See OCGA § 5-6-34 (b); *Wilcher v. Confederate Packaging, Inc.*, 287 Ga. App. 451, 452 (1) (651 SE2d 790) (2007); *Van Schallern v. Stanco*, 130 Ga. App. 687 (204 SE2d 317) (1974).  Here, the certificate of immediate review was filed 17 days after the trial court's order was entered. Because the certificate of immediate review was not timely filed, we lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/03/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*